**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARGARET MALI,<br><br>          Plaintiff(s),<br><br>vs.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>          Defendant(s). | Case No. 2:15-cv-02305-RFB-NJK<br><br>ORDER DENYING STIPULATION TO EXTEND<br><br>(Docket No. 7) |

      Pending before the Court is a stipulation to extend the deadline for Defendant Wells Fargo, N.A., to file a response to Plaintiff's Complaint. Docket No. 7. Stipulations for extensions must "state the reasons for the extension requested." Local Rule 6-1(b). Accordingly, because the parties fail to provide any explanation whatsoever as to why an extension is requested, the stipulation is hereby **DENIED** without prejudice.

      IT IS SO ORDERED.

      DATED: January 5, 2016

                                                    _____<br>
                                                     NANCY J. KOPPE<br>
                                                     United States Magistrate Judge