GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KRAVITZ, SCHNITZER &
JOHNSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 362-6666
Facsimile: (702) 362-2203
Email: gschnitzer@ksjattorneys.com
*Attorneys for Defendant,*
*Ditech Financial, LLC F/K/A*
*Green Tree Servicing, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARGARET MALI,<br>        Plaintiff,<br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, DITECH FINANCIAL, LLC, F/K/A GREEN TREE SERVICING, LLC, WELLS FARGO BANK, NATIONAL ASSOCIATION, and EQUIFAX INFORMATION SERVICES, LLC,<br>        Defendants. | Case No. 2:15-cv-02305-RFB-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**<br><br>**(FIRST REQUEST)** |

COMES NOW, Defendant, DITECH FINANCIAL, LLC, F/K/A GREEN TREE SERVICING, LLC, by and through its attorney of record, Gary E. Schnitzer, Esq., and Plaintiff, MARGARET MALI, by and through her attorney of record, David H. Krieger, Esq, and hereby

///

///

///

stipulate that DITECH FINANCIAL, LLC, F/K/A GREEN TREE SERVICING, LLC, shall have an extension to answer or otherwise plead in the above-entitled matter up to and including February 16, 2016. This extension is being requested so counsel for the Defendant can further review the file and obtain the necessary documents in order to draft a proper response to Plaintiff's Complaint.

IT IS SO STIPULATED.

DATED this 13th day of January, 2016.

/s/ David H. Krieger
David H. Krieger, Esq.
Nevada Bar No. 9086
8985 S. Eastern Ave., Ste. 350
Las Vegas, NV 89123
*Attorneys for Plaintiff*

/s/ Gary E. Schnitzer
Gary E. Schnitzer, Esq.
Nevada Bar No. 395
8985 S. Eastern Ave., Ste.
Las Vegas, NV 89123
*Attorneys for Defendant*
*Ditech Financial, LLC F/K/A*
*Green Tree Servicing*

IT IS SO ORDERED.

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

DATED this 14th day of January, 2016.

_____
United States Magistrate Judge