Richard C. Gordon (NV Bar No. 9036)
Daniel S. Ivie (NV Bar No. 10090)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada  89169
Telephone:  702.784.5200
Facsimile:  702.784.5252
Email:  rgordon@swlaw.com
         divie@swlaw.com

*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARGARET MALI,<br><br>              Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; DITECH FINANCIAL, LLC, F/K/A/ GREEN TREE SERVICING, LLC; WELLS FARGO BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC,<br><br>              Defendants. | Case No. 2:15-cv-02305-RFB-NJK<br><br>**STIPULATION TO EXTEND DEADLINE FOR WELLS FARGO BANK, N.A. TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Plaintiff Margaret Mali ("Plaintiff"), by and through her attorneys at the law firm of Haines & Krieger, LLC, and Defendants Wells Fargo Bank, N.A. ("Wells Fargo"), by and through its attorneys at the law firm of Snell & Wilmer, LLP, hereby stipulate and agree as follows:

The parties agree that the deadline for Wells Fargo to respond to Plaintiff's Complaint shall be extended from December 31, 2015 until **February 15, 2016**.

///

///

///

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

23216390

1       This is the parties' first request for an extension of time to respond to the Complaint and is

2   not intended to cause any delay or prejudice to any party.  This extension is requested so that the

3   parties may engage in settlement negotiations which have the potential to resolve the matter in its

4   entirety without the need to incur further litigations costs or fees.

5       DATED this 14th day of January, 2016.

6           SNELL & WILMER L.L.P.

8       By: */s/ Daniel S. Ivie*
        Richard C. Gordon, Esq.

9           Daniel S. Ivie, Esq.
        3883 Howard Hughes Parkway, Suite 1100

10          Las Vegas, NV  89169
        Telephone:  (702) 784-5200
        Facsimile:  (702) 784-5252

12      *Attorneys for Defendant Wells Fargo Bank,*
*N.A.*

14      HAINES & KRIEGER, LLC

15      By: */s/ David H. Krieger*

16          David H. Krieger, Esq.
        8985 S. Eastern Avenue, Suite 370

17          Henderson, NV  89123
        Telephone:  (702) 880-5554
        Facsimile:  (702) 385-5518

19      *Attorneys for Plaintiff Margaret Mali*

21          **<u>ORDER</u>**

22      IT IS ORDERED THAT Wells Fargo Bank, N.A.'s time to respond to Plaintiff's

23  Complaint shall be extended to on or before February 15, 2016. **NO FURTHER EXTENSIONS WILL BE GRANTED.**

24      **IT IS SO ORDERED**.

25      DATED January 14, 2015

27      _____
    UNITED STATES MAGISTRATE JUDGE

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

23216390

- 2 -