GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KRAVITZ, SCHNITZER &
JOHNSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 362-6666
Facsimile: (702) 362-2203
Email: gschnitzer@ksjattorneys.com
*Attorneys for Defendant,*
*Ditech Financial, LLC*
*f/k/a Green Tree Servicing, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARGARET MALI,<br>              Plaintiff,<br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, DITECH FINANCIAL, LLC, F/K/A GREEN TREE SERVICING, LLC, WELLS FARGO BANK, NATIONAL ASSOCIATION, and EQUIFAX INFORMATION SERVICES, LLC,<br>              Defendants. | Case No. 2:15-cv-02305-RFB-NJK<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Defendant Ditech Financial, LLC, formerly known as Green Tree Servicing, LLC ("Defendant"), and Plaintiff Margaret Mali ("Plaintiff"), collectively referred to herein as the "Parties", hereby stipulate to the following:

1. Defendant filed a Motion to Dismiss on February 21, 2016 (See Dkt. No. 21).

2. Plaintiff filed an opposition to Defendant's Motion to Dismiss on February 26, 2015 (See Dkt. No. 25).

3. Defendant's deadline to file its reply brief in support of its Motion to Dismiss is currently March 7, 2016.

4. In order to provide Defendant with additional time to file its reply brief, the Parties hereby agree that Defendant's last day to file and serve its reply brief in support of its

Motion to Dismiss shall be extended by one week, from March 7, 2016 to March 14, 2016.

5. Good cause exists for Defendant's request for additional time to file its reply brief given previous scheduling conflicts during the week of February 29, 2016 through March 4, 2016.

6. This stipulated extension will not result in prejudice to any party and its impact on judicial proceedings is not expected to be significant.

**IT IS SO STIPULATED.**

DATED this 2nd day of March, 2016.

| HAINES & KRIEGER, LLC | KRAVITZ, SCHNITZER & JOHNSON, CHTD. |
|---|---|
| */s/ David H. Krieger* | */s/ Gary E. Schnitzer* |
| David H. Krieger, Esq. | Gary E. Schnitzer, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 395 |
| 8985 S. Eastern Ave., Ste. 350 | 8985 S. Eastern Ave., Ste. |
| Las Vegas, NV 89123 | Las Vegas, NV 89123 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
|  | *Ditech Financial, LLC* |
|  | *f/k/a Green Tree Servicing, LLC* |

**IT IS SO ORDERED.**

DATED this  7th   day of March, 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge