1  David H. Krieger, Esq.
2  Nevada Bar No. 9086
   HAINES & KRIEGER, LLC
3  8985 S. Eastern Avenue, Suite 350
   Henderson, Nevada 89123
4  Phone: (702) 880-5554
5  FAX: (702) 385-5518
   Email: dkrieger@hainesandkrieger.com
6

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

|  |  |
|---|---|
| Margaret Mali,<br><br>           Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, DITECH FINANCIAL, LLC, F/K/A GREEN TREE SERVICING, LLC, WELLS FARGO BANK, NATIONAL ASSOCIATION, and EQUIFAX INFORMATION SERVICES, LLC,<br><br>           Defendants. | Case No. 2:15-cv-02305-RFB-NJK<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC ONLY** |

   Plaintiff Margaret Mali and Equifax Information Services, LLC ("Equifax") hereby stipulate and agree that the above-entitled action shall be dismissed with

…

…

…

…

Page **1** of **2**

prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Equifax**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:            April 3, 2016

| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><br>/s/Bradley T. Austin, Esq.<br>Snell & Wilmer, LLP<br>*Attorney for Defendant Equifax* |
|---|---|

### **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: ___April 5, 2016_____