David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Margaret Mali,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, DITECH FINANCIAL, LLC, F/K/A GREEN TREE SERVICING, LLC, WELLS FARGO BANK, NATIONAL ASSOCIATION, and EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No. 2:15-cv-02305-RFB-NJK<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITHOUT PREJUDICE AS TO WELLS FARGO BANK, NA ONLY** |

Plaintiff Margaret Mali and Wells Fargo Bank, NA hereby stipulate and agree that the above-entitled action shall be dismissed without prejudice in

…

…

…

…

…

accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Wells Fargo Bank, NA**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:     May 11, 2016

| | |
|---|---|
| By: <br> /s/David H. Krieger, Esq. <br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> 8985 S. Eastern Avenue <br> Suite 350 <br> Henderson, Nevada 89123 <br> *Attorney for Plaintiff* | By: <br> /s/Daniel S. Ivie, Esq. <br> Snell & Wilmer, LLP <br> *Attorney for Defendant Wells Fargo Bank, NA* |

## **ORDER**

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED:  May 17, 2016.

Page **2** of **2**